UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UPS STORE, INC.; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., <br><br>                          Plaintiffs, <br><br>              v. <br><br> ROBERT HAGAN; THOMAS HAGAN; RIDGE ASSETS, INC.; 3A, INC.; TANMOR, INC.; RIDGE LOGISTICS, LLC; RIDGEPAC, INC.; TOMMYS DOC SQUAD, LLC; RIDGEDOWN, INC.; ROBPACK, LLC; RIDGE PEN, LLC; TOMPACK, LLC; BIGPACK, LLC; and NYPS, LLC, <br><br>                          Defendants. | 14-CV-1210 (WHP) <br><br> *ECF CASE* |
| ROBERT HAGAN; THOMAS HAGAN; RIDGE ASSETS, INC.; 3A, INC.; TANMOR, INC.; RIDGE LOGISTICS, LLC; RIDGEPAC, INC.; TOMMYS DOC SQUAD, LLC; RIDGEDOWN, INC.; ROBPACK, LLC; RIDGE PEN, LLC; TOMPACK, LLC; BIGPACK, LLC; and NYPS, LLC, <br><br>                          Counterclaim-Plaintiffs, <br><br>              v. <br><br> THE UPS STORE, INC.; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., <br><br>                          Counterclaim-Defendants. | NOTICE OF APPEARANCE OF COUNSEL |
| ROBERT HAGAN; THOMAS HAGAN; RIDGE ASSETS, INC.; 3A, INC.; TANMOR, INC.; RIDGE LOGISTICS, LLC; RIDGEPAC, INC.; TOMMYS DOC SQUAD, LLC; RIDGEDOWN, INC.; ROBPACK, LLC; RIDGE PEN, LLC; TOMPACK, LLC; BIGPACK, LLC; and NYPS, LLC, <br><br>                          Third-Party Plaintiffs, <br><br>              v. <br><br> BRADLEY KAPLAN; ABC CORPS 1-8 d/b/a "The UPS Store Centers 1786, 4386, 4419, 4769, 5158, 5472, 5979, and 6341; JOHN WONG; ABC CORPS 9-13 d/b/a "The UPS Store Centers 4190, 4248, 5388, 6404, and 6415; KEVIN PANCHMIA; ABC CORPS 14-17 d/b/a "The UPS Store Centers 5958, 5961, 6374, and | |

> 6387"; KETAN SETH; ABC CORPS 18-21 d/b/a "The UPS Store Centers 0304, 4611, 4754 and 5138"; JEROME TAYLOR; ABC CORPS 22-25 d/b/a "The UPS Store Centers 0526, 1052, 2992 and 4831"; MARK TAYLOR; ABC CORPS 26-28 d/b/a "The UPS Store Centers 0745, 1083 and 0647"; SHYAM BUXANI; MOHAN BUXANI; DANNY DANSIGNANI; ABC CORPS 29-30 d/b/a "The UPS Store Centers 0444 and 1492"; ABU RAHMAN; ABC CORPS 31-32 d/b/a "The UPS Store Centers 4163 and 5777"; SHUEB CHOUDHURY, ABC CORP 33 d/b/a "The UPS Store Center 5865"; TANI SUSSMAN; ABC CORP 34 d/b/a "The UPS Store Center 4766"; SYLVESTER ONURAH; ABC CORP 35 d/b/a "The UPS Store Center 5017"; OTIS DAVIS; ABC CORP 36 d/b/a "The UPS Store Center 6367"; MARCOS A. LOPEZ; ABC CORP 37 d/b/a "The UPS Store Center 4768"; CHARMAINE RAPHAEL; ABC CORP 38 d/b/a "The UPS Store Center 6166"; MOHAMMED RIAZ; ABC CORP 39 d/b/a "The UPS Store Center 5899; CHAD JAAFAR; ABC CORP 40 d/b/a "The UPS Store Center 5953"; DANNY SPIES; ABC CORP 41 d/b/a "The UPS Store Center 4472"; ED XU; ABC CORP 42 d/b/a "The UPS Store Center 5296"; SANDRA MACHADO; and J&S QUEST SERVICES, LLC d/b/a "The UPS Store Center 5565,
>
> Third-Party Defendants.

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mark R. McDonald and Mark D. McPherson of the law firm of Morrison & Foerster LLP hereby enter their appearances as counsel for Plaintiffs and Counterclaim-Defendants THE UPS STORE, INC.; UNITED PARCEL SERVICE, INC.; and UNITED PARCEL SERVICE OF AMERICA, INC., in the above-captioned case. Copies of all pleadings, papers and notice should be served as follows:

| | |
|---|---|
| Mark R. McDonald (motion for admission *pro hac vice* to be filed)<br>Morrison & Foerster LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA  90017-3543<br>Telephone:  (213) 892-5200<br>Facsimile:   (213) 892-5454<br>mmcdonald@mofo.com | Mark D. McPherson<br>Morrison & Foerster, LLP<br>250 West 55th Street<br>New York,  NY 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile:  (212) 468-7900<br>mmcpherson@mofo.com |

la-1249775

Dated: New York, New York  MORRISON & FOERSTER LLP
May 2, 2014

By:   s/ Mark D. McPherson
     Mark D. McPherson

Attorneys for Plaintiffs and
Counterclaim-Defendants
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
mmcpherson@mofo.com

la-1249775