# EXHIBIT 1



**Shipped from:**
THE UPS STORE #0523
1202 LEXINGTON AVE
NEW YORK, NY 10028-1439

*Delivery Service Invoice*

| | |
|---|---|
| Invoice date | **December 14, 2013** |
| Invoice number | **0000A54W40503** |
| Shipper number | **A54W40** |
| Control ID | **** |
| Page | 1 of 11 |

0720A0000A54W402

THE UPS STORE
527 3RD AVE
NEW YORK, NY 10016-4168

**Sign up for electronic billing today!**
Visit ups.com/billing

**For questions about your invoice, call:**
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or write:
UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

*Thank you for using UPS.*

## Summary of Charges

| Page | | Charge |
|---|---|---|
| | **Outbound** | |
| 5 | Host Manifest | $ 4,253.16 |
| 5 | Worldwide Service | $ 285.49 |
| 6 | **Adjustments & Other Charges** | $ 317.24 |
| | **Service Charges** | $ 11.00 |
| **Charges this period** | | **$ 4,866.89** |

Dear Customer: Do not pay. Your bank account will be electronically debited for the above charges on December 19, 2013.

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 7.0% for UPS Ground Services and 10.5% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

### *Incentive Savings*

| | |
|---|---|
| **Total incentive savings this period** | **$ 4,621.41** |

Your amount due this period includes these savings.
See incentive summary section for details.

### *Account Status Summary*
### *Weekly Payment Plan*

| | |
|---|---|
| **Charges This Period** | **$ 4,866.89** |
| **Amount Outstanding (prior invoices)** | **$ 0.00** |
| **Total Amount Outstanding** | **$ 4,866.89** |

### **New rates for 2014**

Effective December 30, 2013, rates for UPS Ground, Air and International, as well as UPS air freight, within and between the U.S., Canada and Puerto Rico will increase an average net 4.9 percent. For additional information, and to review these new rates, visit **ups.com/rates**

UPS_0002221



## Incentives
### Outbound

| Service / Incentive Level | Date | Count | Published Charges | Incentive Plan / Incentive Credit |
|---|---|---|---|---|
| **Next Day Air Commercial Package** | 12/14/2013 | | | **FZTT086** |
| Custom | | 3 | 144.60 | -82.42 |
| **Delivery Area Surcharge - Extended** | 12/14/2013 | | | **FZZV901** |
| Basic | | 1 | 2.15 | -0.28 |
| **Next Day Air Residential Package** | 12/14/2013 | | | **FZTT488** |
| Custom | | 1 | 52.70 | -29.83 |
| **Delivery Area Surcharge - Extended** | 12/14/2013 | | | **FZZV910** |
| Basic | | 1 | 3.50 | -0.28 |
| **2nd Day Air Commercial Package** | 12/14/2013 | | | **FZVI727** |
| Custom | | 4 | 197.80 | -111.99 |
| **2nd Day Air Residential Package** | 12/14/2013 | | | **FZTZ406** |
| Custom | | 9 | 277.40 | -155.12 |
| **Standard to Canada** | 12/14/2013 | | | **FZVC721** |
| Basic | | 1 | 16.10 | -4.52 |
| **Ground Commercial Package** | 12/14/2013 | | | **FZVB404** |
| Basic | | 81 | 1,244.28 | -622.37 |
| **Delivery Area Surcharge - Extended** | 12/14/2013 | | | **FZZV865** |
| Basic | | 13 | 26.00 | -3.38 |

## Incentives
### Outbound

| Service / Incen ive Level | Date | Count | Published Charges | Incentive Plan / Incentive Credit |
|---|---|---|---|---|
| **Delivery Area Surcharge** | 12/14/2013 | | | **FZZV868** |
| Basic | | 7 | 14.00 | -1.82 |
| **Ground Residential Package** | 12/14/2013 | | | **FZVB689** |
| Custom | | 222 | 3,988.46 | -1,794.85 |
| **Delivery Area Surcharge - Extended** | 12/14/2013 | | | **FZZV874** |
| Basic | | 12 | 42.00 | -3.36 |
| **Delivery Area Surcharge** | 12/14/2013 | | | **FZZV877** |
| Basic | | 8 | 22.00 | -1.76 |
| **Additional Handling** | 12/14/2013 | | | **GBBF466** |
| Basic | | 6 | 51.00 | -14.58 |
| **Delivery Confirmation Signature** | 12/14/2013 | | | **GBBF693** |
| Basic | | 12 | 51.00 | -25.56 |
| **Large Package Surcharge** | 12/14/2013 | | | **GBBG120** |
| Basic | | 1 | 55.00 | -15.00 |
| **Worldwide Express Letter** | 12/14/2013 | | | **FZVC475** |
| Basic | | 1 | 54.75 | -34.49 |
| **Worldwide Expedited Documents** | 12/14/2013 | | | **GBVZ130** |
| Custom | | 2 | 181.70 | -116.28 |



### Incentives
#### Outbound

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Worldwide Expedited Package** | | | |
| | **12/14/2013** | | **GBVZ146** |
| Custom | 2 | 326.95 | -195.98 |
| **3 Day Select Commercial Package** | | | |
| | **12/14/2013** | | **FZVA685** |
| Custom | 1 | 25.20 | -12.95 |
| **3 Day Select Residential Package** | | | |
| | **12/14/2013** | | **FZVB250** |
| Custom | 6 | 266.55 | -126.57 |
| **Fuel Surcharge** | | | |
| | **12/14/2013** | | |
| | | | -307.73 |
| **Next Day Air Saver Commercial Package** | | | |
| | **12/14/2013** | | **FZTT543** |
| Custom | 7 | 370.70 | -218.53 |
| **Saturday Pickup Charge** | | | |
| | **12/07/2013** | | **GBLJ692** |
| Basic | 1 | 15.00 | -15.00 |
| **Declared Value** | | | |
| | **12/14/2013** | | **YBJ3222** |
| Custom | 220 | 593.10 | -417.50 |
| **Next Day Air Saver Residential Package** | | | |
| | **12/14/2013** | | **FZVH368** |
| Custom | 2 | 128.05 | -74.78 |
| **Next Day Air Early A.M. Residential Package** | | | |
| | **12/14/2013** | | **FZYV635** |
| Custom | 2 | 105.40 | -59.66 |
| **Saturday Delivery** | | | |
| | **12/14/2013** | | **GBBG954** |
| Basic | 2 | 30.00 | -4.14 |
| **Early A.M. Surcharge** | | | |
| | **12/14/2013** | | **GBBM101** |
| Basic | 2 | 60.00 | -9.00 |
| **Worldwide Saver Letter** | | | |
| | **12/07/2013** | | **FZVC479** |
| Basic | 1 | 79.50 | -50.09 |
| **Declared Value** | | | |
| | **12/14/2013** | | **YBJ3256** |
| Custom | 3 | 5.40 | -4.20 |
| **Total Outbound** | | | **-4,514.02** |

### Incentives
#### Adjustments & Other Charges

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incen ive Level | Count | Published Charges | Incentive Credit |
| **Ground Residential Package** | | | |
| | **11/09/2013** | | **FZVB689** |
| Custom | 1 | 11.45 | -5.15 |
| **Address Correction** | | | |
| | **12/14/2013** | | **GBBF468** |
| Basic | 6 | 72.00 | -72.00 |
| **Delivery Confirmation Signature** | | | |
| | **11/09/2013** | | **GBBF693** |
| Basic | 1 | 4.25 | -2.13 |
| **Fuel Surcharge** | | | |
| | **12/14/2013** | | |
| | | | -1.41 |
| **3 Day Select Undeliverable Return Package** | | | |
| | **12/14/2013** | | **FZTV616** |
| Basic | 1 | 9.70 | -9.70 |
| **Reroute - Phone Request** | | | |
| | **12/14/2013** | | **GBBG491** |
| Basic | 1 | 17.00 | -17.00 |
| **Total Adjustments & Other Charges** | | | **-107.39** |
| **Total Incentives** | | | **-4,621.41** |



**Account Status**
**Weekly Payment Plan**

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 0000A54W40493 | 12/07/2013 | $ 3,379.29 |



## Delivery Service Invoice

Invoice date **December 14, 2013**
Invoice number  0000A54W40503
Shipper number  A54W40

## Outbound

### Host Manifest

| Pickup Date | Pickup Record | Message Codes | Number of Packages | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|
| 12/07 | 0067274222 | r | 1 | 48.27 | -35.65 | 12.62 |
| 12/09 | 0067274233 | r | 94 | 1,927.17 | -953.23 | 973.94 |
| 12/10 | 0067274244 | r | 45 | 1,230.16 | -621.87 | 608.29 |
| 12/11 | 0067274255 | r | 62 | 1,506.19 | -728.02 | 778.17 |
| 12/12 | 0067274266 | r | 57 | 1,769.75 | -888.18 | 881.57 |
| 12/13 | 0067274270 | r | 79 | 1,838.09 | -839.52 | 998.57 |
| **Total Host Manifest** | | | 338 **Package(s)** | 8,319.63 | -4,066.47 | 4,253.16 |

### Worldwide Service

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 12/07 | 1ZA54W400418157447 | Worldwide Saver Letter | 13601 | 406 | Letter | 79.50 | -50.09 | 29.41 |
| | | Customer entered weight | | | 0.5 | | | |
| | | Declared Value $ 101.00 | | | | 1.80 | -1.40 | 0.40 |
| | | Fuel Surcharge | | | | 8.35 | -5.26 | 3.09 |
| | | Total | | | | 89.65 | -56.75 | 32 90 |
| | **Sender :** THE UPS STORE 1202 LEXINGTON AVE NEW YORK NY 10028 | | | | **Receiver:** MARILUZ DE LAGUARDIA CALLE 50 EDIFICIO CORP ORACION PANAMA CITY 13601 PA | | | |
| 12/09 | 1ZA54W406718193923 | Worldwide Expedited Document | 1002 | 603 | 1 | 90.85 | -58.14 | 32.71 |
| | | Declared Value $ 101.00 | | | | 1.80 | -1.40 | 0.40 |
| | | Fuel Surcharge | | | | 9.54 | -6.11 | 3.43 |
| | | Total | | | | 102.19 | -65.65 | 36 54 |
| | **Sender :** THE UPS STORE 1202 LEXINGTON AVE NEW YORK NY 10028 | | | | **Receiver:** PATRICK CCHNEIDER OFIS A CHARMETTES #7 LAUSANNE 1002 CH | | | |
| | 1ZA54W406744544370 | Worldwide Expedited Document | 1002 | 603 | 1 | 90.85 | -58.14 | 32.71 |
| | | Fuel Surcharge | | | | 9.54 | -6.11 | 3.43 |
| | | Total | | | | 100 39 | -64.25 | 36.14 |
| | **Sender :** THE UPS STORE 1202 LEXINGTON AVE NEW YORK NY 10028 | | | | **Receiver:** OLIVER WENIGER BOURGEOIS MONTBENON 2 LAUSANNE 1002 CH | | | |
| 12/10 | 1ZA54W406711196602 | Worldwide Expedited | 125047 | 607 | 6 | 221.25 | -128.33 | 92 92 |
| | | Fuel Surcharge | | | | 23.23 | -13.47 | 9.76 |
| | | Total | | | | 244.48 | -141.80 | 102.68 |
| | **Sender :** THE UPS STORE 1202 LEXINGTON AVE NEW YORK NY 10028 | | | | **Receiver:** KRETOVA LARISAA SLAVNEFT 4-LESNOY PEREULOK MOSCOW 125047 RU | | | |
| 12/11 | 1ZA54W406618266883 | Worldwide Express Letter | TN131 | 901 | Letter | 54.75 | -34.49 | 20 26 |
| | | Customer entered weight | | | 0.5 | | | |
| | | Declared Value $ 101.00 | | | | 1.80 | -1.40 | 0.40 |
| | | Fuel Surcharge | | | | 5.75 | -3.62 | 2.13 |
| | | Total | | | | 62.30 | -39.51 | 22.79 |
| | **Sender :** THE UPS STORE 1202 LEXINGTON AVE NEW YORK NY 10028 | | | | **Receiver:** SEVEN OAKS SCHOOL EMILY SMITH HIGH STREET SEVENOAKS TN131 GB | | | |



## *Delivery Service Invoice*

Invoice date **December 14, 2013**
Invoice number 0000A54W40503
Shipper number A54W40
Page 6 of 11

## Outbound
**Worldwide Service (continued)**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 12/11 | 1ZA54W406751612372 | Worldwide Expedited | 96450 | 601 | 3 | 105.70 | -67.65 | 38 05 |
| | | Customer entered weight | | | 2.3 | | | |
| | | Fuel Surcharge | | | | 11.10 | -7.10 | 4.00 |
| | | **Total** | | | | 116 80 | -74.75 | 42 05 |
| | **Sender** : THE UPS STORE  1202 LEXINGTON AVE  NEW YORK NY 10028 | | | | **Receiver:** FAMILIE THOMAS KNEITZ  MUHLLEITE 1  COBURG 96450  DE | | | |
| 12/12 | 1ZA54W406811267284 | Standard to Canada | J8T8R1 | 51 | 1 | 16.10 | -4.52 | 11 58 |
| | | Fuel Surcharge | | | | 1.13 | -0.32 | 0.81 |
| | | **Total** | | | | 17.23 | -4.84 | 12 39 |
| | **Sender** : THE UPS STORE  1202 LEXINGTON AVE  NEW YORK NY 10028 | | | | **Receiver:** PASSPORT CANADA PROGRA M  22 DE VARENNES STREET  GATINEAU QC J8T8R1  CA | | | |
| **Total Worldwide Service** | | | | | 7 **Package(s)** | 733.04 | -447.55 | 285.49 |
| **Total Outbound** | | | | | 345 **Package(s)** | 9,052.67 | -4,514.02 | 4,538.65 |

## Adjustments & Other Charges
**Address Corrections**

| Tracking Number | Service | Number of Packages | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|
| 1ZA54W400311249040 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** MS. JESSICA PLUMERI  THE UPS STORE  MERCER MALL  LAWRENCEVILLE NJ 08648 | | **Corrected:** AMODIO,JESSICA  89 LAWRENCEVILLE PENNINGTON RD  LAWRENCE TOWNSHIP NJ 08648 | | | |
| 1ZA54W400317965925 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** MMC 195  ASHOK SALUJA, PHD  420 DELAWARE ST SE  MINNEAPOLIS MN 55455 | | **Corrected:** ASHOK SALUJA, PHD  515 DELAWARE ST SE  Floor:STE Suite:11-216  MINNEAPOLIS MN 55455 | | | |
| 1ZA54W400344583135 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** MS. JESSICA PLUMERI  THE UPS STORE  MERCER MALL  LAWRENCEVILLE NJ 08648 | | **Corrected:** AMODIO,JESSICA  89 LAWRENCEVILLE PENNINGTON RD  LAWRENCE TOWNSHIP NJ 08648 | | | |
| 1ZA54W400350506573 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** MALCOLM MORRISON  9522 SPRING HILL SCHOOL RD  SEBASTOPOL CA 95472 | | **Corrected:** MORRISON,MALCOLM  8822 BARNETT VALLEY RD  SEBASTOPOL CA 95472 | | | |
| 1ZA54W400351485451 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** SUSANA ABIZOI  10775 COLLINS AVENUE APT PH8  BAL HARBOUR FL 33154 | | **Corrected:** SUSANA ABIZOI  10175 COLLINS AVE  Floor:APT Suite:PH8  MIAMI BEACH FL 33154 | | | |
| 1ZA54W400351528771 | Ground | 1 | 12.00 | -12.00 | 0.00 |
| **Recorded:** MR. LOSNE NOELL  23000 CEDARFIELD PARKWAY  RICHMOND VA 23233 | | **Corrected:** MR. LOSNE NOELL  2300 CEDARFIELD PKWY  Floor:APT Suite:323  HENRICO VA 23233 | | | |
| **Total Address Corrections** | | 6 **Package(s)** | 72.00 | -72.00 | 0.00 |

UPS_0002226



## Adjustments & Other Charges

### Delivery Intercept

| Date | Pickup Record | Tracking Number | Service | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 12/13 | 0067274233 | 1ZA54W401218196201 | Reroute - Phone Request | | | 17.00 | -17.00 | 0.00 |
| | **Recorded:** | | | **Corrected:** LIZ ENTIN | | | | |
| | | | | ENTIN,LIZ | | | | |
| | | 212 OCEAN | | 2121 OCEAN AVE | | | | |
| | | SANTA MONICA CA 90402 | | SANTA MONICA CA 90402 | | | | |
| **Total Delivery Intercept** | | | | 1 **Package(s)** | | 17.00 | -17.00 | 0.00 |

### Undeliverable Returns

| Return Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 | 0067274196 | 1 | 1ZA54W401244520051 | 3 Day Select Undeliverable Return | 10028 | 302 | 1 | 9.70 | -9.70 | 0.00 |
| | | | | Fuel Surcharge | | | | 1.02 | -1.02 | 0.00 |
| | | | | Total | | | | 10.72 | -10.72 | 0.00 |

**Reason for Return:** Suite number needed for delivery
**Original Tracking No:** 1ZA54W401344520059
**Returned From:** JOAN WISE IMPACT PRO
LAURENCE
EDGEWATER NJ 07020

**Returned To:**
THE UPS STORE
1202  LEXINGTON AVE
NEW YORK NY 10028

| **Total Undeliverable Returns** | | | 1 **Package(s)** | 10.72 | -10.72 | 0.00 |
|---|---|---|---|---|---|---|

### Packages Delivered but not Previously Billed

| Delivery Date | Tracking Number | Service | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|
| 11/04 | 1ZA54W404203273607 | Ground Residential | 2 | 3 | 11.45 | -5.15 | 6.30 |
| | | Delivery Confirmation Signature | | | 4.25 | -2.13 | 2.12 |
| | | Fuel Surcharge | | | 0.86 | -0.39 | 0.47 |
| | | Total | | | 16.56 | -7.67 | 8.89 |

**Receiver:**
120   E 81ST
NEW YORK NY 10028
**Message Codes :** m

**Sender :** THE UPS STORE
1202 LEXINGTON AVE
NEW YORK NY 10028

| **Total Packages Delivered but not Previously Billed** | 1 **Package(s)** | 16.56 | -7.67 | 8.89 |
|---|---|---|---|---|

### Shipping Charge Corrections   Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/06 | 1ZA54W400351477853 | Ground | 32963 | 5 | 68 | 50.22 | -22.60 | 27.62 | |
| | | Ground | 32963 | 5 | 73.4 | 54.51 | -24.53 | 29.98 | |
| | | **Audited Dimensions =** 29 **x** 21 **x** 20 in | | | | | | | |
| | | **Customer Entered Dimensions =** 28 **x** 20 **x** 20 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.30 | -0.14 | 0.16 | 2.52 |
| | | **1st ref:** MM41BHJQBUYCE | | | | | | | |

**Sender :**
THE UPS STORE
NEW YORK NY 10028

**Receiver:** C/ COOLIDGE
SOLAR
VERO BEACH FL 32963

| | 1ZA54W400351486978 | Ground | 02451 | 3 | 66 | 32.73 | -16.37 | 16.36 | |
| | | Ground | 02451 | 3 | 69.4 | 34.69 | -17.35 | 17.34 | |
| | | **Audited Dimensions =** 48 **x** 16 **x** 15 in | | | | | | | |
| | | **Customer Entered Dimensions =** 48 **x** 15 **x** 15 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.14 | -0.07 | 0.07 | 1.05 |
| | | **1st ref:** MM41BHJ5XRN2U | | | | | | | |

**Sender :** THE UPS STORE
NEW YORK NY 10028

**Receiver:** JSI SHIPPING/ RECEIVIN G
WALTHAM MA 02451



### Delivery Service Invoice

Invoice date    **December 14, 2013**
Invoice number    0000A54W40503
Shipper number    A54W40

Page 8 of 11

## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge correc ions. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/07 | 1ZA54W401344537532 | Next Day Air Saver | 17603 | 132 | 5 | 27.05 | -15.99 | 11.06 | |
| | | Next Day Air Saver | 17603 | 132 | 26.8 | 53.00 | -31.16 | 21.84 | |
| | | Audited Dimensions = 26 x 19 x 9 in | | | | | | | |
| | | Customer Entered Dimensions = 12 x 10 x 6 in | | | | | | | |
| | | Fuel Surcharge | | | | 2.73 | -1.59 | 1.14 | 11.92 |
| | | 1st ref: MM41BHJZ7B7V9 | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: FRANKLIN & MARSHALL MS. RACHEL WOLFF LANCASTER PA 17603 | | | |
| 12/09 | 1ZA54W400344536016 | Ground | 33418 | 6 | 3 | 14.02 | -6.31 | 7.71 | |
| | | Ground | 33418 | 8 | 3.0 | 15.66 | -7.05 | 8.61 | |
| | | Fuel Surcharge | | | | 0.12 | -0.06 | 0.06 | 0.96 |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: PENNY BERNSTEIN PALM BEACH GARDENS FL 33418 | | | |
| | *Shipped From / Corrected Origin:* CA 90031 | | | | | | | | |
| | 1ZA54W400344538292 | Ground | 33611 | 5 | 82 | 60.65 | -27.29 | 33.36 | |
| | | Ground | 33611 | 5 | 211.4 | 169.60 | -76.32 | 93.28 | |
| | | Audited Dimensions = 45 x 30 x 26 in | | | | | | | |
| | | Customer Entered Dimensions = 42 x 19 x 17 in | | | | | | | |
| | | Large Package Surcharge | | | | 55.00 | -15.00 | 40.00 | |
| | | Fuel Surcharge | | | | 11.47 | -4.48 | 6.99 | 106.91 |
| | | 1st ref: MM41BHJAYPB2E | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: F. FORSYTH TAMPA FL 33611 | | | |
| | 1ZA54W400344548932 | Ground | 08854 | 2 | 2 | 11.32 | -5.09 | 6.23 | |
| | | Ground | 08854 | 2 | 3.3 | 11.65 | -5.24 | 6.41 | |
| | | Fuel Surcharge | | | | 0.03 | -0.01 | 0.02 | 0.20 |
| | | 1st ref: MM41BHJHYUY4E | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: RAKUTEN/RETURNS DEALFISHER PISCATAWAY NJ 08854 | | | |
| | 1ZA54W400344555773 | Ground | 90210 | 8 | 6 | 18.07 | -8.13 | 9.94 | |
| | | Ground | 90210 | 8 | 31.3 | 51.37 | -23.12 | 28.25 | |
| | | Audited Dimensions = 20 x 20 x 13 in | | | | | | | |
| | | Customer Entered Dimensions = 21 x 20 x 3 in | | | | | | | |
| | | Fuel Surcharge | | | | 2.34 | -1.05 | 1.29 | 19.60 |
| | | 1st ref: MM41BHJJD41S9 | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: KATIE KOLB BEVERLY HILLS CA 90210 | | | |
| | 1ZA54W400351500657 | Ground | 33076 | 6 | 47 | 50.93 | -22.92 | 28.01 | |
| | | Ground | 33076 | 6 | 50.0 | 52.52 | -23.63 | 28.89 | |
| | | Audited Dimensions = 23 x 19 x 19 in | | | | | | | |
| | | Customer Entered Dimensions = 24 x 18 x 18 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.11 | -0.05 | 0.06 | 0.94 |
| | | 1st ref: MM41BHJD402FR | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: LORI & CARY SCOPE PARKLAND FL 33076 | | | |
| | 1ZA54W400351503690 | Ground | 33446 | 6 | 3 | 14.02 | -6.31 | 7.71 | |
| | | Ground | 33446 | 6 | 32.8 | 38.87 | -17.49 | 21.38 | |
| | | Audited Dimensions = 20 x 17 x 16 in | | | | | | | |
| | | Customer Entered Dimensions = 18 x 14 x 12 in | | | | | | | |
| | | Fuel Surcharge | | | | 1.74 | -0.78 | 0.96 | 14.63 |
| | | 1st ref: MM41BHJN83T49 | | | | | | | |
| | | Sender : THE UPS STORE NEW YORK NY 10028 | | | | Receiver: KSTHRYN NATALE DELRAY BEACH FL 33446 | | | |



## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge correc ions. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/09 | 1ZA54W400351534853 | Ground | 60201 | 5 | 7 | 16.12 | -7.25 | 8.87 | |
| | | Ground | 60201 | 5 | 67.9 | 50.22 | -22.60 | 27.62 | |
| | | Audited Dimensions = 46 x 35 x 7 in | | | | | | | |
| | | Customer Entered Dimensions = 26 x 20 x 8 in | | | | | | | |
| | | Additional Handling - Second Side | | | | 8.50 | -2.43 | 6.07 | |
| | | Fuel Surcharge | | | | 2.39 | -1.07 | 1.32 | 26.14 |
| | | **1st ref:** MM41BHJPN9NP2 | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** JULIE WEILER | | | |
| | | NEW YORK NY 10028 | | | | EVANSTON IL 60201 | | | |
| 12/10 | 1ZA54W400311233084 | Ground | 90405 | 8 | 2 | 13.97 | -6.29 | 7.68 | |
| | | Ground | 90405 | 8 | 4.0 | 16.55 | -7.45 | 9.10 | |
| | | Fuel Surcharge | | | | 0.18 | -0.08 | 0.10 | 1.52 |
| | | **1st ref:** MM41BHJD4J3GQ | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** LIZ ENTIN | | | |
| | | NEW YORK NY 10028 | | | | SANTA MONICA CA 90405 | | | |
| | 1ZA54W400344567939 | Ground | 94549 | 8 | 4 | 16.55 | -7.45 | 9.10 | |
| | | Ground | 94549 | 8 | 9.0 | 20.52 | -9.23 | 11.29 | |
| | | Fuel Surcharge | | | | 0.28 | -0.13 | 0.15 | 2.34 |
| | | **1st ref:** MM41BHJYX2ZEE | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** THE DIFFELMAN FAMILY | | | |
| | | NEW YORK NY 10028 | | | | LAFAYETTE CA 94549 | | | |
| | 1ZA54W400351564491 | Ground | 81657 | 7 | 81 | 77.48 | -38.74 | 38.74 | |
| | | Ground | 81657 | 7 | 108.1 | 100.26 | -50.13 | 50.13 | |
| | | Audited Dimensions = 30 x 26 x 23 in | | | | | | | |
| | | Customer Entered Dimensions = 28 x 24 x 20 in | | | | | | | |
| | | Fuel Surcharge | | | | 1.60 | -0.80 | 0.80 | 12.19 |
| | | **1st ref:** MM41BHJ7QG7W3 | | | | | | | |
| | | **Sender :** | | | | **Receiver:** 40 EDWARD MISHAN (HO | | | |
| | | THE UPS STORE | | | | ARRABELLE AT VAIL | | | |
| | | NEW YORK NY 10028 | | | | VAIL CO 81657 | | | |
| | 1ZA54W400351571330 | Ground | 29401 | 5 | 68 | 50.22 | -22.60 | 27.62 | |
| | | Ground | 29401 | 5 | 81.0 | 59.60 | -26.82 | 32.78 | |
| | | Audited Dimensions = 28 x 24 x 20 in | | | | | | | |
| | | Customer Entered Dimensions = 28 x 20 x 20 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.65 | -0.30 | 0.35 | 5.51 |
| | | **1st ref:** MM41BHJK1HYWE | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** MERCK | | | |
| | | NEW YORK NY 10028 | | | | CHARLESTON SC 29401 | | | |
| | 1ZA54W400351582739 | Ground | 32308 | 5 | 3 | 13.45 | -6.05 | 7.40 | |
| | | Ground | 32308 | 5 | 5.3 | 15.79 | -7.11 | 8.68 | |
| | | Fuel Surcharge | | | | 0.17 | -0.08 | 0.09 | 1.37 |
| | | **1st ref:** MM41BHJA4EDGU | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** EDWARD & MOIRA DESLOGE | | | |
| | | NEW YORK NY 10028 | | | | TALLAHASSEE FL 32308 | | | |
| | 1ZA54W404251562973 | Ground | 22182 | 3 | 7 | 13.73 | -6.18 | 7.55 | |
| | | Ground | 22182 | 3 | 49.4 | 30.86 | -13.89 | 16.97 | |
| | | Audited Dimensions = 24 x 19 x 18 in | | | | | | | |
| | | Customer Entered Dimensions = 20 x 16 x 16 in | | | | | | | |
| | | Fuel Surcharge | | | | 1.20 | -0.54 | 0.66 | 10.08 |
| | | **1st ref:** MM41BHJTQ4MUH | | | | | | | |
| | | **Sender :** THE UPS STORE | | | | **Receiver:** NATHAN JONES | | | |
| | | NEW YORK NY 10028 | | | | VIENNA VA 22182 | | | |



## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge correc ions. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/11 | 1ZA54W400353397614 | Ground | 11937 | 2 | 37 | 22.08 | -9.94 | 12.14 | |
| | | Ground | 11937 | 2 | 39.0 | 22.66 | -10.20 | 12.46 | |
| | | Audited Dimensions = 45 x 18 x 8 in | | | | | | | |
| | | Customer Entered Dimensions = 45 x 17 x 8 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.04 | -0.02 | 0.02 | 0.34 |
| | | **1st ref:** MM41BHJEEE1QA | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** MR. MICHAEL CLARK EAST HAMPTON NY 11937 | | | |
| | 1ZA54W400353398373 | Ground | 45208 | 4 | 81 | 50.99 | -22.95 | 28.04 | |
| | | Ground | 45208 | 4 | 83.9 | 54.19 | -24.39 | 29.80 | |
| | | Audited Dimensions = 29 x 24 x 20 in | | | | | | | |
| | | Customer Entered Dimensions = 28 x 24 x 20 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.22 | -0.10 | 0.12 | 1.88 |
| | | **1st ref:** MM41BHJY9S6JE | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** MR. & MRS. JONATHAN GL UCKMAN CINCINNATI OH 45208 | | | |
| | 1ZA54W401251610851 | 3 Day Select | 94506 | 308 | 31 | 111.25 | -53.40 | 57.85 | |
| | | 3 Day Select | 94506 | 308 | 36.6 | 127.85 | -61.37 | 66.48 | |
| | | Audited Dimensions = 21 x 17 x 17 in | | | | | | | |
| | | Customer Entered Dimensions = 21 x 17 x 14 in | | | | | | | |
| | | Fuel Surcharge | | | | 1.74 | -0.83 | 0.91 | 9.54 |
| | | **1st ref:** MM41BHJBPAPCF | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** RICHARD REIGNS DANVILLE CA 94506 | | | |
| | 1ZA54W404211242205 | Ground | 81611 | 7 | 15 | 22.54 | -11.27 | 11.27 | |
| | | Ground | 81611 | 7 | 84.8 | 81.47 | -40.74 | 40.73 | |
| | | Audited Dimensions = 34 x 23 x 18 in | | | | | | | |
| | | Customer Entered Dimensions = 31 x 16 x 9 in | | | | | | | |
| | | Additional Handling - Not encased in cardboard | | | | 8.50 | -2.43 | 6.07 | |
| | | Fuel Surcharge | | | | 4.12 | -2.06 | 2.06 | 37.59 |
| | | **1st ref:** MM41BHJSMZA5V | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** HEAD CONCIERGE FRIAS PROPERTIES, FASC HING HAU ASPEN CO 81611 | | | |
| | 1ZA54W404244576294 | Ground | 81611 | 7 | 15 | 22.54 | -11.27 | 11.27 | |
| | | Ground | 81611 | 7 | 75.3 | 73.05 | -36.53 | 36.52 | |
| | | Audited Dimensions = 35 x 21 x 17 in | | | | | | | |
| | | Customer Entered Dimensions = 31 x 16 x 9 in | | | | | | | |
| | | Additional Handling - Not encased in cardboard | | | | 8.50 | -2.43 | 6.07 | |
| | | Fuel Surcharge | | | | 3.53 | -1.77 | 1.76 | 33.08 |
| | | **1st ref:** MM41BHJ6URT0B | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** HEAD CONCIERGE FRIAS PROPERTIES, FASC HING HAU ASPEN CO 81611 | | | |
| 12/12 | 1ZA54W400218337569 | 2nd Day Air | 01867 | 203 | 4 | 19.85 | -11.08 | 8.77 | |
| | | 2nd Day Air | 01867 | 203 | 10.4 | 28.20 | -15.88 | 12.32 | |
| | | Audited Dimensions = 16 x 12 x 9 in | | | | | | | |
| | | Customer Entered Dimensions = 13 x 8 x 6 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.88 | -0.51 | 0.37 | 3.92 |
| | | **1st ref:** MM41BHJ71AW0W | | | | | | | |
| | | **Sender** : THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** PETER & DEB WIESE READING MA 01867 | | | |



## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge correc ions. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/12 | 1ZA54W400244596810 | 2nd Day Air | 33139 | 206 | 13 | 73.45 | -41.57 | 31.88 | |
| | | 2nd Day Air | 33139 | 206 | 14.1 | 82.05 | -46.44 | 35.61 | |
| | | **Audited Dimensions =** 18 **x** 13 **x** 10 in | | | | | | | |
| | | **Customer Entered Dimensions =** 18 **x** 12 **x** 10 in | | | | | | | |
| | | Fuel Surcharge | | | | 0.91 | -0.52 | 0.39 | 4.12 |
| | | **1st ref:** MM41BHJ39456X | | | | | | | |
| | | **Sender :** THE UPS STORE NEW YORK NY 10028 | | | | **Receiver:** ATRIUM MIAMI BEACH MIAMI BEACH FL 33139 | | | |

| **Total Shipping Charge Corrections** | 23 **Package(s)** | 308.35 |
|---|---|---|
| **Total Adjustments & Other Charges** | | 317.24 |

### Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |
| m | Median weight for service based on last six weeks |

UPS_0002231

UPS_0002232